```
           IN THE UNITED STATES DISTRICT COURT FOR THE
                   SOUTHERN DISTRICT OF ALABAMA
                          SOUTHERN DIVISION


TRACY G. ALLEN, #129732,         :

     Plaintiff,                  :

vs.                              :    CIVIL ACTION 08-0322-WS-M

DR. BARNES,                      :

     Defendant.                  :
```

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.  It is further ORDERED that this action be and is hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).

DONE this 18th day of June, 2009.

```
                              s/WILLIAM H. STEELE
                              UNITED STATES DISTRICT JUDGE
```